SAM J. POLVERINO ATTORNEY AT LAW
TWO N. SECOND ST., STE. 295
SAN JOSE CALIFORNIA 95113
Ph. 408 295.3330
Fax 408.295.9830

email: spolverino@sjlawyer.net
State Bar No. 87563
ATTORNEYS FOR
Greg Franco

*E-FILED - 8/12/09*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

v.

GREGORY JOHN FRANCO.

Case No.: CR-08-00871-1-RMW

**STIPULATION FOR CONTINUANCE OF SENTENCING HEARING AND ORDER**

Hearing Date: July 27, 2009
Hearing Time: 9:00 a.m.
Courtroom Number:

**Relief Requested**

All of the parties to this action, by their signatures on this motion agree and stipulate that the sentencing hearing date in this matter which is currently set for July 27, 2009 at 9:00 a.m., may be continued three weeks to August 17, 2009, at 9:00 a.m.

**Compliance with Local Court Rules**

In compliance with the Rules of Court governing motions for continuance, specifically Crim.L.R. 32-2, the undersigned certifies to the court that the AUSA and the Probation Officer on this case have been contacted with the proposed date and they have agreed that they are

available on that date. The undersigned attorney for defendant, GREGORY JOHN FRANCO, has also contacted the calendar clerk for Judge Ronald Whyte and cleared the proposed date of August 17, 2009.

**Grounds for Relief**

Good cause exists for rescheduling of this sentencing hearing in that:

The defendant requests a continuance because of the following reasons and Assistant U.S. Attorney Grant Fondo does not oppose this request:

1) There is a discrepancy in the agreed upon sentence based upon an examination of the proposed guidelines.

2) There is information which the defense needs to further investigate relevant to the defendant's prior convictions.

This stipulation for continuing the sentencing hearing date is entered into by:

Dated: July 15, 2009

For Defendant, GREGORY JOHN FRANCO

Sam J. Polverino
LAW OFFICE OF SAM J. POLVERINO
75 East Santa Clara Street, Suite 295
San Jose, CA 95113
tel: 408.295.3330
fax: 408.295.9830
email: spolverino@sjlawyer.net
Attorney for Gregory John Franco

///

///

///

SAM J. POLVERINO ATTORNEY AT LAW
TWO N. SECOND ST., STE. 295
SAN JOSE CALIFORNIA 95113
408.295.3330

07/17/2009 12:16 4082959830 POLVERINO AND GEFFON PAGE 03/04
07/16/2009 16:46 4082959830 US ATTORNEY OFFICE Fax POLVERINO AND GEFFON Jul 17 2009 12:15pm P004/004 PAGE 04/04

SAM J. POLVERINO ATTORNEY AT LAW
75 E. SANTA CLARA ST., STE. 295
SAN JOSE, CALIFORNIA 95113
Ph 408.295.3310

Date: 7/17/09

For Plaintiff, the United States of America

Grant Fondo
US ATTORNEY
150 Almaden Blvd., Suite 900
San Jose, CA 95113
Tel: (408) 535-5035
Fax: (408) 535-5066

Stipulation for Continuance of Sentencing Hearing
CR-08-00871-1-RMW

3





TWO N. SECOND ST., STE. 295
SAN JOSE CALIFORNIA 95113
Ph. 408.295.3330
Fax 408.295.9830

email: spolverino@sjlawyer.net
State Bar No. 87563
**ATTORNEYS FOR**
Greg Franco

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

UNITED STATES OF AMERICA,

v.

GREGORY JOHN FRANCO.

Case No.: CR-08-00871-1-RMW

**ORDER CONTINUING SENTENCING HEARING**

Hearing Date:
Hearing Time:
Courtroom Number:

The Court has considered the stipulation and the papers submitted in support of the request to continue the sentencing hearing. After full consideration of the matter:

**IT IS ORDERED:**

1. The motion to continue the sentencing hearing in this matter is GRANTED.

2. The currently set date for sentencing in this matter of July 27, 2009 at 9:00 a.m. is vacated.

3. The new sentencing hearing date is August 17, 2009

Dated: 8/12/09

Ronald M. Whyte
UNITED STATES DISTRICT JUDGE

Order for Continuance of
Sentencing Hearing
CR-08-00871-1-RMW