1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  GRANT P. FONDO (CABN 181530)
   Assistant United States Attorney
5
       150 Almaden Boulevard, Suite 900
6      San Jose, California 95113                    *E-FILED - 8/12/09*
       Telephone: (408) 535-5035
7      FAX: (408) 535-5035

8  Attorneys for Plaintiff

9
                      UNITED STATES DISTRICT COURT
10
                    NORTHERN DISTRICT OF CALIFORNIA
11
                            SAN JOSE DIVISION
12

13
   UNITED STATES OF AMERICA,        )    No.  CR 08-00871 RMW
14                                  )
         Plaintiff,                 )    STIPULATION AND []
15       v.                         )    ORDER RESCHEDULING SENTENCING
                                    )    HEARING FROM AUGUST 17, 2009 TO
16 GREGORY JOHN FRANCO,             )    SEPTEMBER 28, 2009
                                    )
17       Defendant.                 )
                                    )
18

19     The defendant's sentencing hearing is currently scheduled for August 17, 2009, at 9:00 a.m.

20 Today defense counsel provided the government with additional information on several matters

21 raised in the pre-sentence report and requested the government further consider and investigate

22 this information prior to filing its final sentencing memorandum, and the government believes

23 this request is reasonable under the circumstances.  The parties recognize that this is not the first

24 time the defendant's sentencing hearing has been continued, and are mindful of continued delay.

25 However, the parties believe that this additional time would helpful, and therefore request that

26 the defendant's sentencing hearing be rescheduled to September 28, 2009, at 9:00 a.m.  The

27 //

28 //

*US v. Franco*, CR 08-00871 RMW
Stip. and [] Order re Sentencing Hearing

1  Probation Officer assigned to this matter is available at the requested date and time, and has no
2  objection to the proposed rescheduling.
3
4  DATED: August 11, 2009                    JOSEPH P. RUSSONIELLO
                                              United States Attorney
5
6
                                              _____/S/_____
7                                             GRANT P. FONDO
                                              Assistant United States Attorney
8
9                                             _____/S/_____
                                              SAM J. POLVERINO
10                                            Counsel for Defendant Gregory J. Franco
11
12  ///
13  ///
14  ///
15  ///
16  ///
17  ///
18  ///
19  ///
20  ///
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

*US v. Franco*, CR 08-00871 RMW
Stip. and Order re Sentencing Hearing

**ORDER**

Based upon the stipulation of the parties, and for good cause shown, the Court HEREBY ORDERS that the defendant's August 17, 2009 sentencing hearing be rescheduled for September 28, 2009.

IT IS SO ORDERED.

DATED: 8/12/09

*Ronald M. Whyte*

RONALD M. WHYTE
UNITED STATES DISTRICT JUDGE