| | |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO (CABN 44332)<br>United States Attorney |
| 2 | |
| 3 | BRIAN J. STRETCH (CABN 163973)<br>Chief, Criminal Division |
| 4 | GRANT P. FONDO (CABN 181530)<br>Assistant United States Attorney |

JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

GRANT P. FONDO (CABN 181530)
Assistant United States Attorney

150 Almaden Boulevard, Suite 900
San Jose, California 95113
Telephone: (408) 535-5035          ***E-FILED - 10/26/09***
FAX: (408) 535-5035

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　Plaintiff,<br><br>　　v.<br><br>GREGORY JOHN FRANCO,<br><br>　　　Defendant. | No. CR 08-00871 RMW<br><br>STIPULATION AND []<br>ORDER RESCHEDULING SENTENCING<br>HEARING FROM OCTOBER 19, 20079<br>TO NOVEMBER 2, 2009 |

The defendant's sentencing hearing is currently scheduled for October 19, 2009, at 9:00 a.m. As the Court is aware from prior stipulations, there is a discrepancy in the agreed upon sentence based upon an examination of the proposed guidelines. Efforts are still ongoing to resolve this issue. The parties recognize that this is not the first time the defendant's sentencing hearing has been continued, and are mindful of continued delay. However, the parties believe that this additional time would be helpful, and therefore request that the defendant's sentencing hearing be rescheduled to November 2, 2009 at 9:00 a.m. or on another date that is convenient for the Court.

///

///

*US v. Franco*, CR 08-00871 RMW
Stip. and Order re Sentencing Hearing

1  The parties do not anticipate filing any additional requests for continuance. The Assistant
2  United States Attorney confirmed the Court's and Probation Officer's availability on November
3  2, 2009.

4  DATED: October 16, 2009    JOSEPH P. RUSSONIELLO
                                United States Attorney

                                _____/S/_____
                                GRANT P. FONDO
                                Assistant United States Attorney

                                _____/S/_____
                                SAM J. POLVERINO
                                Counsel for Defendant Gregory J. Franco

12 ///
13 ///
14 ///
15 ///
16 ///
17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28

*US v. Franco*, CR 08-00871 RMW
Stip. and [] Order re Sentencing Hearing

1  **ORDER**

2  Based upon the stipulation of the parties, and for good cause shown, the Court HEREBY

3  ORDERS that the defendant's October 19, 2009 sentencing hearing be rescheduled for

4  November 2, 2009.

5  IT IS SO ORDERED.

6  DATED: 10/26/09

*[signature: Ronald M. Whyte]*

RONALD M. WHYTE
UNITED STATES DISTRICT JUDGE

7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

*US v. Franco*, CR 08-00871 RMW
Stip. and XXXXX Order re Sentencing Hearing